United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40097
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER OLIVA-LOPEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-859-ALL
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Javier Oliva-Lopez (Oliva) appeals his guilty-plea

conviction and sentence for possessing with the intent to

distribute less than 50 kilograms of marijuana.  Oliva contends

that the sentencing scheme of 21 U.S.C. § 841 is facially

unconstitutional in the light of Apprendi v. New Jersey, 530 U.S.

466, 490 (2000).

As Oliva concedes, his argument is foreclosed by this

court's decision in United States v. Slaughter, 238 F.3d 580, 582

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(5th Cir. 2000).  He raises the issue only to preserve it for possible Supreme Court review.  The judgment of the district court is AFFIRMED.